UNITED STATES of America, Plaintiff-Appellee,

v.

Espere PIERRE, Defendant-Appellant.

No. 15-13182
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(May 5, 2017)

Olivia Choe, Wifredo A. Ferrer, Seth Michael Schlessinger, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Roy Jeffrey Kahn, Roy J. Kahn, PA, Miami, FL, for Defendant-Appellant Willis Maxi

David Scott Markus, Law Offices of David Marcus, Miami, FL, for Defendant-Appellant Markentz Blanc

Before HULL, WILSON, and MARTIN, Circuit Judges.

PER CURIAM:

James Gailey, appointed counsel for Espere Pierre, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to with-

draw is **GRANTED,** and Pierre's convictions and sentences are **AFFIRMED.**